**UNITED STATES of America, Plaintiff-Appellee, v. John C. HOSHOR and United Bankers Corporation, Defendants-Appellants.**

No. 321.

Circuit Court of Appeals, Second Circuit.

May 5, 1930.

David P. Siegel, of New York City, for appellants.

Charles H. Tuttle, U. S. Atty., of New York City (Lowell Wadmond, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**UNITED STATES of America, Appellant, v. Vladimir Joseph JISA.**

No. 8941.

Circuit Court of Appeals, Eighth Circuit.

June 9, 1930.

Ambrose C. Epperson, Asst. U. S. Atty., of Omaha, Neb., for appellant.

Harry C. Clark and Perry, Van Pelt & Marti, all of Lincoln, Neb., for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellant and consent of appellee.

**UNITED STATES of America, Appellee, v. Samuel LANGFUR, Israel Taback, and Jacob Nussman, Appellants.**

No. 397.

Circuit Court of Appeals, Second Circuit.

June 16, 1930.

Isidor Sachs, of New York City (William E. Riseley and Joseph E. Davidson, both of New York City, of counsel), for appellants.

Charles H. Tuttle, U. S. Atty., of New York City (Thomas J. Todarelli, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

**UNITED STATES of America, Appellant, v. Helen D. POTVIN, Administratrix De Bonis Non of Thomas H. Potvin, Deceased, et al.**

No. 8866.

Circuit Court of Appeals, Eighth Circuit.

March 8, 1930.

William L. Vandeventer, U. S. Atty., of Kansas City, Mo.

George F. Anderson, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, on motion of appellant, without costs to either party in this court.

**UNITED STATES of America, Appellant, v. Emil F. VOLDEN, Appellee.**

No. 6190.

Circuit Court of Appeals, Ninth Circuit.

July 7, 1930.

Before WILBUR, Circuit Judge, and KERRIGAN, District Judge.

PER CURIAM.

Pursuant to motion of appellant and stipulation of counsel for respective parties, ordered appeal in above cause dismissed, that a decree of dismissal be filed and entered, and that mandate issue forthwith.